UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHANE LEE WILLIAMS,
    Plaintiff,

vs.                                      Case No.:  3:22cv796/LAC/ZCB

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on December 23, 2022.  (Doc. 18).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 18) is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is **REVERSED**, and this action is **REMANDED** to the Commissioner for further proceedings consistent with this opinion under sentence four of 42 U.S.C. § 405(g).

3.	The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 25th day of January, 2023.

　　　　　　　　　　　　　　　*s/L.A. Collier*
　　　　　　　　　　　　　　**LACEY A. COLLIER**
　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**